CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/28/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| ROBIN P., *Plaintiff,* | CASE NO. 6:20-cv-64 |
| v. | JUDGMENT ORDER |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, *Defendant.* | JUDGE NORMAN K. MOON |

The Court, having separately ordered the remand of this action to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), **ORDERS** the entry of final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to send this Judgment Order to all counsel of record.

It is so **ORDERED**.

Entered this  28th  day of June, 2021.

*[signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE